IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABRAHAM ROMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 15-993-GMS |
| | ) |
| UNION COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM ORDER

At Wilmington this 9th day of Feb , 2016;

IT IS ORDERED that: (1) the pending motion for injunctive relief (D.I. 9) is **denied** without prejudice to renew; and (2) the Clerk of Court is directed to **transfer** this action to the United States District Court for the District of New Jersey, for the reasons that follow:

The plaintiff, Abraham Roman ("Roman"), an inmate at the Union County Department of Corrections in Elizabeth, New Jersey, filed this lawsuit pursuant to 42 U.S.C. § 1983. (D.I. 1.) He appears *pro se* and was granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (D.I. 7.) The action is brought against four defendants, all of whom are located in the State of New Jersey. Plaintiff is imprisoned in the State of New Jersey.

A civil action wherein jurisdiction is not founded solely on diversity of citizenship is properly brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may

otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b). The court may transfer a case "[f]or the convenience of parties and witnesses, in the interest of justice, . . . to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). The court may raise venue and issue a Section 1404(a) transfer order *sua sponte*. *See e.g.*, *Amica Mut. Ins. Co. v. Fogel*, 656 F.3d 167 (3d Cir. 2011).

Here, it does not appear that any of the events or omissions giving rise to Roman's claims occurred in Delaware. The court considers the allegations in the complaint and finds the interests of justice favor transferring the action to the United States District Court for the District of New Jersey, where Roman and the defendants are located and where, based upon the allegations, it appears that all of the events took place.

For the above reasons, the Clerk of Court is directed to transfer this action the United States District Court for the District of New Jersey. The motion for injunctive relief (D.I. 9) is denied without prejudice to renew.

UNITED STATES DISTRICT JUDGE